AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

FRANK TRUJILLO,

       Plaintiff,       JUDGMENT IN A CIVIL CASE
  V.

                          CASE NUMBER: **3:10-CV-00360-RCJ-VPC**

RYAN POWELL, et al.,

       Defendants.

    ☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    ☐  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of defendants. Defendants' Motion for Summary Judgment [23] is GRANTED.

| August 2, 2011 | **LANCE S. WILSON** |
|---|---|
| Date | Clerk |
|  | /s/   M. Campbell |
|  | Deputy Clerk |